Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USA GAS, a business of unknown form; THRIFTY OIL CO., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-02857-AJB-LL<br><br>**STIPULATION TO CHANGE VENUE TO CENTRAL DISTRICT OF CALIFORNIA**<br><br>Hon. Anthony J. Battaglia<br><br>Complaint Filed: December 20, 2018 |

The parties to this action, through their undersigned counsel, hereby agree and stipulate that the action now pending in the above-entitled Court shall be transferred for all purposes to the Central District of California, Eastern Division. This stipulation is based upon the fact that the subject property and business thereon that are the subject of this action are located in Beaumont, California 92223, in the Central District. It is further stipulated that the costs and fees for this transfer shall be paid by Plaintiff.

Dated: February 22, 2019     MANNING LAW, APC

By: */s/ Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorneys for Plaintiff
James Rutherford

Dated: February 22, 2019

Hinson Gravelle & Adair LLP

By: */s/ Douglas Gravelle*
Douglas Gravelle
Attorneys for Defendants Tesoro Refining & Marketing Company LLC (incorrectly identified as the non-existent legal entity "USA Gas" in the Complaint) and Thrifty Oil Co.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Douglas A. Gravelle, counsel for Tesoro Refining & Marketing Company LLC and Thrifty Oil Co. and that I have obtained Mr. Gravelle's authorization to affix his electronic signature to this document.

Dated:       February 22, 2019                    MANNING LAW, APC

                                                  By:   */s/ Joseph R. Manning. Jr*.
                                                  Attorneys for Plaintiff