# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:18–cv–02857–AJB–LL

| | |
|---|---|
| Rutherford v. USA Gas et al | Date Filed: 12/20/2018 |
| Assigned to: Judge Anthony J. Battaglia | Date Terminated: 02/26/2019 |
| Referred to: Magistrate Judge Linda Lopez | Jury Demand: Plaintiff |
| Cause: 42:12101 The Americans with Disabilities Act of 1990 | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| | Jurisdiction: Federal Question |

Early Neutral Evaluation Conference:          Settlement Conference:
Case Management Conference:                   Settlement Disposition Conference:
Status Hearing:                               Pretrial Conference:
Status Conference:                            Final Pretrial Conference:
Mandatory Settlement Conference:              Trial Date:

**Plaintiff**

**James Rutherford**          represented by   **Joseph R. Manning , Jr.**
                                               Manning Law, APC
                                               20062 S.W. Birch St., Suite 200
                                               Newport Beach, CA 92660
                                               949–200–8755
                                               Fax: 866–843–8308
                                               Email: ADAPracticeGroup@manninglawoffice.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA Gas**                   represented by   **Douglas Arthur Gravelle**
*a business of unknown form*                   Hinson Gravelle & Adair LLP
                                               28470 Avenue Stanford
                                               Suite 350
                                               Valencia, CA 91354
                                               661–294–0116
                                               Fax: 661–294–0134
                                               Email: gravelle@hinsongravelle.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Thrifty Oil Co.**           represented by   **Douglas Arthur Gravelle**
*a California corporation*                     (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**DOES 1–10**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2018 | 1 | COMPLAINT with Jury Demand against DOES 1–10, Thrifty Oil Co., USA Gas ( Filing fee $ 400 receipt number 0974–12023214.), filed by James Rutherford. <br><br> The new case number is 3:18–cv–02857–AJB–LL. Judge Anthony J. Battaglia and Magistrate Judge Linda Lopez are assigned to the case. (Manning, Joseph)(mme)(sjt). (Entered: 12/21/2018) |
| 12/21/2018 | 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (mme) (Entered: 12/21/2018) |
| 01/17/2019 | 3 | SUMMONS Returned Executed by James Rutherford. USA Gas served. (Manning, Joseph) (acc). (Entered: 01/17/2019) |
| 01/17/2019 | 4 | SUMMONS Returned Executed by James Rutherford. Thrifty Oil Co. served. (Manning, Joseph) (acc). (Entered: 01/17/2019) |
| 01/24/2019 | 5 | ANSWER to 1 Complaint, *by Tesoro Refining & Marketing Company LLC (incorrectly identified as the non−existent legal entity "USA Gas" in the Complaint)* by USA Gas.(Gravelle, Douglas)Attorney Douglas Arthur Gravelle added to party USA Gas(pty:dft) (ag). (Entered: 01/24/2019) |
| 01/24/2019 | 6 | NOTICE *of Interested Parties by Tesoro Refining & Marketing Company LLC (incorrectly identified as the non−existent legal entity "USA Gas" in the Complaint)* by USA Gas (Gravelle, Douglas) (ag). (Entered: 01/24/2019) |
| 01/25/2019 | 7 | ANSWER to 1 Complaint, by Thrifty Oil Co..(Gravelle, Douglas)Attorney Douglas Arthur Gravelle added to party Thrifty Oil Co.(pty:dft) (ag). (Entered: 01/25/2019) |
| 01/25/2019 | 8 | NOTICE *of Interested Parties* by Thrifty Oil Co. (Gravelle, Douglas) (ag). (Entered: 01/25/2019) |
| 01/29/2019 | 9 | ORDER TO SHOW CAUSE The Court hereby schedules an Order to Show Cause Hearing for 2/28/2019 at 2:00 p.m. in Courtroom 4A for Rutherford to show cause why his complaint should not be dismissed for improper venue or transferred to the proper venue pursuant to 28 U.S.C. § 1406(a). Signed by Judge Anthony J. Battaglia on 1/29/2019.(acc) (Entered: 01/30/2019) |
| 02/22/2019 | 10 | NOTICE of Change of Address by Joseph R. Manning, Jr (Manning, Joseph). (Main Document 10 replaced on 2/22/2019) (acc). (Entered: 02/22/2019) |
| 02/22/2019 | 11 | Joint MOTION to Change Venue *to Central District of California* by James Rutherford. (Manning, Joseph) (acc). (Entered: 02/22/2019) |
| 02/26/2019 | 12 | Case transferred to District of Central District of California Eastern Division. Files transferred electronically to: *District of Central District of California Eastern Division*. Signed by Judge Anthony J. Battaglia on 2/26/2019. (acc) (Additional attachment(s) added on 2/26/2019: # 1 Transfer Order) (acc). (sjt). (Entered: 02/26/2019) |