Douglas A. Gravelle (SBN 166110)
Hinson Gravelle & Adair LLP
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: (661) 294-0116
Facsimile: (661) 294-0134
gravelle@hinsongravelle.com

Attorneys for Defendants Thrifty Oil Co. and
Tesoro Refining & Marketing Company LLC
(incorrectly identified as the non-existent
legal entity "USA Gas" in the Complaint)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USA GAS, a business of unknown form; THRIFTY OIL CO., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case # 2:19-cv-01448-JAK-FFMx**<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [L.R. 83-1.4.1]** |

Pursuant to Local Rule 83-1.4.1, defendants Thrifty Oil Co. and Tesoro Refining & Marketing Company LLC hereby provide notice to the Court of the case *People of the State of California v. James Rutherford, et al.*, Riverside County Superior Court Case #RIC 1902577 ("Riverside County Civil Enforcement Action") recently filed on April 24, 2019. A copy of the Complaint in the Riverside County Civil Enforcement Action is attached hereto as Exhibit A. The names, addresses and telephone numbers of plaintiff's counsel in the Civil Enforcement Action is set forth on the first page of Exhibit A.

It is alleged in the Riverside County Civil Enforcement Action that James Rutherford (who is the Plaintiff in the present case before this Court) and his counsel (many of whom who are also counsel in the present case before this Court) "colluded, conspired and/or otherwise agreed to engage in an ADA lawsuit scheme, designed to defraud, extract and/or extort money settlements from Riverside County individuals and businesses, based on the fraud, misrepresentations and false allegations contained in each and every one of the federal ADA lawsuits [they filed]." The present case before this Court is an ADA case filed by James Rutherford concerning a service station in Riverside County. Thus, the present case before this Court may be part of the ADA lawsuit scheme alleged in the Riverside County Civil Enforcement Action, and any findings in the Riverside County Civil Enforcement Action may bear upon the present case before this Court.

Dated: July 5, 2019                    Hinson Gravelle & Adair LLP

By: /s/ Douglas Gravelle
Douglas Gravelle, Attorneys for Thrifty Oil Co. and Tesoro Refining & Marketing Company LLC