UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-01448 JAK (FFMx) | Date | July 15, 2019 |
|----------|--------------------------|------|----------------|
| Title | James Rutherford v. USA Gas, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Daisy Rojas and Andrea Keifer | Not Present |
|-------------------------------|-------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 20)**

The Court has reviewed the parties' July 5, 2019 Joint Report and sets the following deadlines:

| | |
|--|--|
| August 12, 2019: | Last day to amend or add parties |
| November 12, 2019: | Last day to participate in a settlement conference/mediation |
| November 15, 2019: | Last day to file notice of settlement / joint report re settlement |
| November 25, 2019 at 11:30 a.m.: | Post Mediation Status Conference |
| November 18, 2019: | Non-Expert Discovery Cut-Off |
| December 9, 2019: | Initial Expert Disclosures |
| December 23, 2019: | Rebuttal Expert Disclosures |
| January 13, 2020: | Expert Discovery Cut-Off |
| January 13, 2020: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on November 25, 2019, if such notice is filed on or before November 15, 2019. If a notice of settlement is not filed, counsel shall file a joint report by November 15, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-01448 JAK (FFMx) | Date | July 15, 2019 |
|----------|--------------------------|------|---------------|
| Title | James Rutherford v. USA Gas, et al. | | |

substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        dr