# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>USA GAS, a business of unknown form; THRIFTY OIL CO., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv- 01448 -JAK-FFM<br><br>**ORDER RE MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT (DKT. 25)** |

Based on a review of Plaintiff's Motion for Leave to Amend Plaintiff's Complaint (the "Motion" (Dkt. 25)), Defendants' Opposition to the Motion (the "Opposition" (Dkt. 27)), and Defendants' Evidentiary Objections to Declaration of David Fitzgerald (Dkt. 28), sufficient good cause has been shown that leave to amend should be granted. Leave to amend is appropriate where the request to do so is made sufficiently early in the proceedings, and where doing so would not impose undue prejudice on the non-moving party. Although the actions by Plaintiffs' counsel in connection with the Motion were not exemplary, and notwithstanding that the proposed amended complaint presents new

alleged physical barriers, there is still not a substantial showing of prejudice to the non-moving party. Therefore, the Motion is **GRANTED**, and Plaintiff may file the First Amended Complaint that is attached as Exhibit 1 to the Declaration of David M. Fitzgerald. Dkt. 1-1. Plaintiff's First Amended Complaint shall be filed no later than November 20, 2019.

Plaintiff's counsel are reminded of their respective obligations to comply with the Local Rules, and to proceed in good faith with opposing counsel. A future failure to comply with Local Rules may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: November 15, 2019                  _____
                                          JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE