**Exhibit D**

YOUR FEEDBACK!
800.503.2191
WARNING
GOOD FORTUNE FOR ALL
$82,000
SIGNING THE BACK OF YOUR TICKET
161
96
DID YOU WIN
LIGHT UP!
emojeez CAR CHARGER
NEVER HUNGOVER
THE BEST WAY TO HELP PREVENT HANGOVERS!
2 for $6
MAGNUM
ALTOIDS
HI-CHEW
