**Exhibit I**






