**Exhibit J**








