Douglas A. Gravelle (SBN 166110)
Hinson Gravelle & Adair LLP
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: (661) 294-0116
Facsimile: (661) 294-0134
gravelle@hinsongravelle.com

Attorneys for Defendants Thrifty Oil Co. and
Tesoro Refining and Marketing Company LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USA GAS, a business of unknown form; THRIFTY OIL CO., a California corporation; and Does 1-10, inclusive,<br><br>Defendants. | **Case # 2:19-CV-01448-JAK-FFMx**<br><br>**DECLARATION OF METRO MALASAVAGE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. John A. Kronstadt<br><br>Action Filed: 12/20/18<br>Trial Date: Not Set Yet<br><br>Hearing Date: April 20, 2020<br>Hearing Time: 8:30 a.m.<br>Hearing Courtroom: 10B |

1.   I am providing this Declaration in support of the Motion for Partial Summary Judgment ("Motion") filed by Thrifty Oil Co. and Tesoro Refining & Marketing Company LLC (collectively, "Defendants") in this case.

2.   I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

3.   I am, and since 2014 have been, employed by Thrifty Oil Co. ("Thrifty Oil") as Vice President, Station Properties. My responsibilities include managing a portfolio of hundreds of service station properties owned by Thrifty Oil and its affiliates.

4.   The property at issue in this case, 401 E. 6th Street, Beaumont, California ("Property") is one of the properties in the portfolio that I manage for

Thrifty Oil and its affiliates. For referencing and tracking purposes, the Property is assigned internal property number 349 by Thrifty Oil.

5. For at least the last ten years (if not longer), and in the regular conduct of its business, when there is a "handover" of a property owned by Thrifty Oil or one of its affiliates from one tenant to another tenant, Thrifty Oil visits the property and takes photographs of the property. Doing so allows Thrifty Oil to, among other things, document the existence (and condition) of improvements at a property when one tenant's tenancy is ending and another tenant's tenancy is commencing. Based upon my work experience for Thrifty Oil, and my periodic review of Thrifty Oil's files for the different properties I manage, I estimate that Thrifty Oil has photographed hundreds of properties during "handovers" from one tenant to another tenant.

6. I am also very familiar with Thrifty Oil's procedures that govern the maintaining of documents evidencing the "handover" of properties from one tenant to another tenant. Once photographs are taken of a property during a "handover", the documents are uploaded onto Thrifty Oil's servers and maintained in (a) separate files for each of the hundreds of properties owned by Thrifty Oil and its affiliates, and (b) for each such file, subfiles that correspond to a particular "handover" (as some properties may have numerous "handovers" over the years).

7. I believe the sales counter in the convenience store at the Property (including the lower transaction counter affixed to the front of it) has been in existence (and not modified) since at least March 15, 2012. I base this upon the following.

8. Exhibit K is a true and correct copy of a photograph of the sales counter in the convenience store at the Property from Thrifty Oil's files for the Property. This photograph is maintained by Thrifty Oil in an electronic file entitled "349-9719" that is a subfile of a file entitled "Handover Check Lists" and

2
Declaration of Metro Malasavage
(2:19-cv-01448-JAK-FFMx)

which includes 152 photographs. This photograph was one of 152 taken of the Property on or about June 5, 2012 to document the handover of the Property from BP West Coast Products LLC ("BP") to Tesoro Refining & Marketing Company LLC ("Tesoro"). I have no reason to believe the photograph marked as Exhibit K was not taken on or about June 5, 2012, and I have no reason to believe Exhibit K inaccurately depicts anything.

9. Attached as Exhibit D is a photograph of that same sales counter that I understand from the Declaration of Douglas Gravelle was taken in 2019. Comparing the two photographs (that is, Exhibits D and K) confirms the sales counter (including the lowered sales counter in the front of it) has been in existence (and not modified) since approximately June 5, 2012.

10. While I suppose it is possible the sales counter was modified between March 15, 2012 and approximately June 5, 2012 (when Exhibit K was taken), I have no reason to believe that occurred for several reasons. First, I have reviewed all Thrifty Oil's files for the Property and there is nothing in those files to indicate the sales counter was ever modified at any time in 2012 (or thereafter). Second, the June 5, 2012 handover of the Property from BP West Coast Products LLC to Tesoro was something that the prior tenant, BP West Coast Products LLC, would have known about since at least January 1 of 2012 (as, according to my review of the file for the Property, its lease was expiring upon its own terms and this was not an unexpected "sooner termination" of its lease). Hence, BP West Coast Products LLC would not have had any reason or incentive to make any investments in, or modifications to, the Property in the months leading up to the June 5, 2012 handover (including between March 15, 2012 and June 5, 2012).

1  I declare under penalty of perjury under the laws of both the United
2  States of America and the State of California that the foregoing is true and correct
3  and that this Declaration was executed on January 13, 2020 in Santa Fe Springs,
4  California,

By: _____
    Metro Malasavage