**Exhibit A**

