**Exhibit F**

EXHIBIT 1
WIT. Arring Elo
DATE: 1-8-20
Elsa L. Ormes, CSR 8717

## ARCHITECTURAL BARRIERS LIST (ABL)

**Name: USA Gas**
**Attn: Manning Law Offices**
Address: 491 E. 6th Street, Beaumont, Ca.

**Surveyor: Kenneth Arrington CASp #828**
**Survey Date:** 5/06/2019

*This determination did not include an assessment of Readily Achievable Barrier Removal. A review of the Client's finances should be performed to assess what items may, or may not, be readily achievable. Property Owner shall provide me a schedule when Barriers will be removed for a follow-up inspection for verification.*

| ABL # | BldgTrack in D | Location | ADAS / CBC Reference | Finding | Recommendation(s) | Surveyor's Notes | Photos | Cost Estimate | Readily Achievable Y/N | Estimated Removal Date | Barrier (Person) Notes | Barrier (Person) Date | Barrier Removal Phase — Date removed & signature of person or firm / affirmation of law achieved Below | | | Barrier Removal (Notes) | Barrier Removal (Photo) Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Accessible Parking | 11B-502.8.2 | THERE IS NO TOW AWAY SIGNAGE PROVIDED AT PARKING LOT ENTRANCES, AND/OR IMMEDIATELY ADJACENT TO ACCESSIBLE SPACE. UNAUTHORIZED VEHICLES PARKED IN DESIGNATED ACCESSIBLE SPACES NOT DISPLAYING DISTINGUISHING PLACARDS OR SPECIAL LICENSE PLATES ISSUED FOR PERSONS WITH DISABILITIES WILL BE TOWED AWAY AT THE OWNER'S EXPENSE. TOWED VEHICLES MAY BE RECLAIMED AT YOUR ADDRESS HERE 000-123-456 | Provide a new sign(s) at entry to parking facility or immediately adjacent to and visible from accessible spaces: Size required to be 17" minimum x 22" minimum with 1" high minimum letters reading: "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at ____ or by telephoning ____." | 11B-502.8.2 Lettering. The additional sign shall clearly state in letters with a minimum height of 1" the following: "Unauthorized" vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at: ____ or by telephoning ____. Blank spaces shall be filled in with appropriate information as a permanent part of the sign. | #213, 214, 215, 216, 217, 218, 219, 220 | | | | | | | | | | |
| 00001 | Exterior | Accessible Parking at West Side of Store | 4.6.3 CA11B-502.4 502.4 | SLOPE IN ACCESSIBLE SPACE MEASURES BETWEEN 3.8 - 5.0% CAUSED BY UNEVEN SURFACE Slope of accessible parking space in any direction exceeds 2.05%, and Changes in level are not permitted. | Resurface existing slopes at accessible parking spaces and aisles to ensure that the maximum slopes measure no greater than 2.05% grade. Install compliant striping. | Consider blacking out all accessible striping at this location and resurface and restripe accessible space at the east side of the store. The location at the west side can be turned into one or two standard parking spaces instead. | #4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 | | | | | | | | | | |
| 00002 | Exterior | Accessible Parking at West Side of Store | 4.6.3 CA11B-502.4 502.4 | SLOPE IN ACCESSIBLE SPACE MEASURES BETWEEN 2.5 - 4.4% CAUSED BY UNEVEN SURFACE Slope of accessible parking space in any direction exceeds 2.05%, and Changes in level are not permitted. | Resurface existing slopes at accessible parking spaces and aisles to ensure that the maximum slopes measure no greater than 2.05% grade. Install compliant striping. | Coordinate with ABL #00002 | #32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45 | | | | | | | | | | |
| 00003 | Exterior | Accessible Parking at West Side of Store | CA11B-502.3.3 | "NO PARKING" WORDS ARE NOT PAINTED AT THE REAR OF THE ACCESSIBLE AISLE IN A MANNER THAT IS VISIBLE TO TRAFFIC ENFORCEMENT OFFICIALS "NO PARKING" words are not painted in the access aisle. | Restripe with minimum 12" high letters, the words "NO PARKING" must be painted in white in each access aisle and located so that it is visible to traffic enforcement officials. | | #45, 46 | | | | | | | | | | |
| 00004 | Exterior | | | | | | | | | | | | | | | | |

| ABL # | Bldg/Rec in ID | Location | ADAAS / CBC Reference | Finding | Recommendation(s) | Surveyor's Notes | Cost Estimate | Photos | Readily Achievable Y/N | Estimated Removal Date | Editorial Removal Date | Barrier Removed Initials/Date | Barrier Removed Initials/Date | Estimated Resource Date | RM/RV Survey/Photo Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00005 | Exterior | Accessible Parking at West Side of Store | 4.6.3, CA11B-502.1, CA11B-502.2, CA11B-502.3.1, 502.1, 502.2, 502.3.1 | ACCESSIBLE SPACE: 216 1/2" LENGTH, 271" LONG ACCESS AISLE FOR SPACE. Accessible parking space(s) is less than 216" long and/or Access Aisle does not extend the full required length of the parking spaces they serve. | Re-stripe existing parking spaces as necessary to provide 216" minimum length van parking space along with an access aisle which extends the full required length of the parking space it serves. Outline access aisle in blue (no specific color specified) and paint blue (or contrasting color from the parking space (white or blue is preferred) at 36" on center. Include the words "No Parking" with 12" minimum high letters on the pavement per Title 24. | Opposing Counsel indicated that this is the access parking space. However there is an old and faded Van Accessible Parking space that is extremely faded and should be rehabilitated at the only Accessible Parking Space. If this parking space was the only space,it would be considered as another Non-compliant barrier as the first parking space is always required to be a Van Accessible space (see Pictures 58, 59, 60). | | #69, 70, 71, 72 | | | | | | | |
| 00006 | Exterior | Accessible Route extending from Parking at West Side of Store to Main Entrance | 1991 ADA 4.3.7, 2010 ADA 403.3, 2016 CBC 11B-403.3 | Slope - The running slope of walking surfaces shall not be steeper than 1:20 (5.0%). The cross slope of walking surfaces shall not be steeper than 1:48 (2.0%). *Cross slope measures between 2.2 - 3.0%. | Saw cut, remove and replace the existing concrete/asphalt with a new compliant surface ensuring slopes slopes do not exceed 1:48 (2.08% Cross Slope). | | | #75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94 | | | | | | | |
| 00007 | Exterior | Main Entrance | CA11B-405.7.5, 405.7.5 | DOOR REDUCES LANDING LENGTH TO APPROXIMATELY 20" + DOOR REDUCES THE WIDTH OF LANDING TO ONLY 29" WIDE WHEN DOOR IS FULLY OPEN. Outswinging door in fully open position reduces the landing length to less than 42", and reduces the required ramp landing width by more than 3". | Alter and increase landing size as required, or render the door closest to the ramp run to be inactive for use. | | | #115, 116, 117 | | | | | | | |
| 00008 | Exterior | Accessible Route from Public Right-of-Way | 4.1.2(1), 4.3.2(1), CA11B-206.2.1, 206.2.1 | NO ACCESSIBLE ROUTE TO PUBLIC RIGHT-OF-WAY EXTENDS TO THE ENTRANCE. Exterior route(s) connecting public transportation, accessible parking, passenger loading zone and/or public streets or sidewalks to accessible entrance(s) is(are) not accessible (an accessible route is not required between site arrival points and the building facility or entrance if the only means of access between them is a vehicular way not providing pedestrian access). | Alter existing exterior route to provide a new walkway ensuring slopes of 1:20 (5%) or less. Walkway should extend from the city sidewalk to the walkway extending to the Main entrance. Walkway should provide a cross-hatched path, and truncated domes at any location where a pedestrian enters into any vehicular areas. | | | #2, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224 | | | | | | | |
| 00009 | Exterior | Van Accessible Space at East Side of Store | 11B-502.2, 11B-502.3.3 | ACCESSIBLE PARKING SPACE AND AISLE ARE BADLY FADED. ACCESSIBLE SPACE: 207" LENGTH, 210 1/2" LONG ACCESS AISLE FOR SPACE. Car and van parking spaces shall be 216" long minimum. Van parking spaces shall be 144" wide minimum, and shall be marked to define the width, and shall have an adjacent access aisle complying with Section 11B-502.3. | Resurface existing slopes at accessible parking spaces and aisles to ensure that the maximum slopes measure no greater than 2.05% grade. Install compliant striping. | | | #186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 208, 209 | | | | | | | |

| ABL # | Bldg/Rec in ID | Location | ADAB / CBC Reference | Finding | Recommendation(s) | Surveyor's Notes | Photos | Cost Estimate | Readily Achievable Y/N | Barrier Removal Date | Barrier Removed Index | Barrier Removed Manual Date | Barrier Surveyed Photo Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | Exterior | Van Accessible Space at East Side of Store | CA11B-502.3.3 502.3.3 | ACCESS AISLE HATCHING ARE BADLY FADED, AND THEREFORE ARE NOT VISIBLE. Border of access aisle is painted blue and/or hatching within the access aisle is not painted a contrasting color from the parking space at 36" MAXIMUM on center: | RESURFACE EXISTING SLOPES. Outline access aisle in blue and paint hatching a contrasting color from the parking space (blue is preferred) at 36" MAXIMUM on center. | | #197, 198, 199, 200, 201, 202, 203, 204, 205 | | | | | | |
| 00011 | Exterior | Van Accessible Space at East Side of Store | CA11B-502.3.3 | "NO PARKING" WORDS ARE BADLY FADED, AND THEREFORE ARE NOT VISIBLE TO TRAFFIC ENFORCEMENT OFFICIALS. "NO PARKING" words are not painted in the access aisle: | Restripe with minimum 12" high letters, the words "NO PARKING" must be painted in white in each access aisle and located so that it is visible to traffic enforcement officials. | | #206, 207 | | | | | | |
| 00012 | Exterior | Van Accessible Space at East Side of Store | 4.6.4 CA11B-502.6 502.6 | NO ACCESSIBLE SIGNAGE HAS BEEN POSTED AT THE HEAD OF THE PARKING SPACE. Parking space identification signs shall include the International Symbol of Accessibility complying with 703.7.2.1. Signs identifying van parking spaces shall contain the designation "van accessible." Signs shall be 60" minimum above the finish floor or ground surface measured to the bottom of the sign. | Provide and install new standard Accessible Parking signage including the International Symbol of Accessibility in white on a blue background. Ensure to provide the $250 Fine Signage as well. | PARKING ONLY VAN ACCESSIBLE / MINIMUM FINE $250 | #210, 211 | | | | | | |



































































































































101



102



103



104



105



106



107



108

















































141



142



143



144











149



150



151



152











157



158



159



160





















173



174



175



176



177



178



179



180

















































































