**Exhibit H**







