**Exhibit K**

